J-A30036-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | |
| v. | |
| OLIVER FRANKLIN SAVAGE | |
| Appellee | No. 3345 EDA 2014 |

Appeal from the Order October 29, 2014
In the Court of Common Pleas of Lehigh County
Criminal Division at No(s): CP-39-CR-2092-2014

BEFORE:  MUNDY, J., JENKINS, J., and FITZGERALD, J.[*]

DISSENTING STATEMENT BY MUNDY, J.:          **FILED MAY 27, 2016**

Without addressing the questionable issue of our appellate jurisdiction, which the Majority has accepted, I respectfully dissent on the merits.  Unlike the Majority, I conclude the evidence presented by the Commonwealth was sufficient to establish a *prima facie* case that Appellee acted recklessly.  I believe the trial court erred in granting Appellee's petition for writ of *habeas corpus* and dismissing the charges of involuntary manslaughter, recklessly endangering another person and homicide by vehicle.

Again, assuming *arguendo* that we possess jurisdiction to decide this appeal, I conclude that the Commonwealth met its burden in the trial court,

---

[*] Former Justice specially assigned to the Superior Court.

and would reverse the trial court's October 29, 2014 order. Hence, I respectfully dissent.